THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v. 
 George King, Appellant.
 
 
 

Appeal From Kershaw County
Steven H. John, Circuit Court Judge
Unpublished Opinion No.  2010-UP-220
Submitted March 1, 2010  Filed March 29,
 2010
Affirmed

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and Solicitor
 Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:   George King appeals his convictions for possession of
 crack cocaine, distribution of crack cocaine within proximity of a park, and
 simple possession of a Schedule IV drug.  On appeal, King argues the trial
 court erred in denying his request to challenge the validity of the search
 warrant during pre-trial motions.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: 
1.  As to whether the trial court
 erred in finding King did not have a reasonable expectation of privacy:  State
 v. Flowers, 360 S.C. 1, 5, 598 S.E.2d 725, 728 (Ct. App. 2004) (finding an
 intermittent guest does not have a reasonable expectation of privacy).
2.  As to whether the
 trial court erred in refusing to conduct a hearing to determine whether the
 search of the person was unlawful:  State v. Rogers, 361 S.C. 178, 183, 603 S.E.2d 910, 912 (Ct. App.
 2004) ("It is axiomatic that an issue cannot be raised for the first time
 on appeal, but must have been raised to and ruled upon by the trial judge to be
 preserved for appellate review.").   
 AFFIRMED.
 SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.